1

NICHOLAS MARCHI
Carney & Marchi, P.S.

2

7502 West Deschutes Place
Kennewick WA 99336

3

(509) 545-1055
Attorneys for Defendant

4

5

6

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

7

8

UNITED STATES OF AMERICA,

Case No.4:21-CR-06022-SAB-3

9

Plaintiff,

UNOPPOSED MOTION FOR
COUNSEL TO APPEAR
TELEPHONICALLY AT PRE-TRIAL
CONFERENCE

10

vs.

11

ROSA MARTINEZ RODRIGUEZ,

Note:  August 23, 2022 at 6:30 pm
(Without Argument)
Judge Bastian at Yakima

12

Defendant

13

14

15

        COMES now the Defendant, by and through her attorneys and requests this Court grant

16

the defendant's request to allow her counsel, or coverage counsel to appear at the Pre-Trial

17

Status Conference on August 24, 2022, via the telephone. This motion is based on the following

statements of facts.

18

19

**Statement of facts in support of Motion**

20

1. The defendant is currently scheduled for a Pre-Trial Conference on August 24, 2022,

21

    at 11:00 am.

22

2. The defendant is requesting that counsel or coverage counsel be allowed to appear via

23

    telephone, as counsel will be in Seattle, Washington that day in trial.

24

3. The defendant has been advised of the request to appear telephonically and has

25

    agreed to the request.  The government does not oppose this request.

MOTION FOR TELEPHONIC APPEARANCE
OF COUNSEL AT PRE-TRIAL CONFERENCE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4.  I do not believe the Government will be prejudiced as the only pending motion is to continue the trial which the defendant agrees.  I would respectfully request that my motion be granted.


Dated this 19th day of August 2022.

Respectfully submitted,

*S/ Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant

MOTION FOR TELEPHONIC APPEARANCE
OF COUNSEL AT PRE-TRIAL CONFERENCE - 2

1

2

3

4

## **CERTIFICATE OF SERVICE**

5

6    I certify that a copy of the Motion and Declaration was ECF and or faxed or and mailed first class, postage prepaid on 8/19/20221, to C. Baunsgaurd, Assistant United States Attorney, 402 E. Yakima Ave, Suite 210, Yakima, WA  98901 or P.O. Box 1494, Spokane, WA  99210 and to all codefendant's counsel of record

7

8    *s/Nicholas Marchi*
     CARNEY & MARCHI, P.S.
9    Attorneys for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25